FILED

2017 NOV -2 PM 2:37

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Gullett, Taquan,
In Propria Persona, Claimant, Affiant.

V.

Lockett, Charles L.; personal private capacity,
Miller, G.; personal private capacity,
Reiser, S.; personal private capacity,
Watson, Kim Lee; personal private capacity,
Haskett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Cassulo, Kim; personal private capacity,
Hernandez, Samuel; personal private capacity,
Hammer, Michael; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B.; personal private capacity,
Muldrow, M. Stephen; personal private capacity,
Andre, Julian Lucien; personal private capacity,
Ostiller, Cathy; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Snyder, Christina A.; personal private capacity,
                              Respondent(s).

Claim Number: 5:17-cv-527-OC-10 PRL

REQUEST TO SERVE RESPONDENT(S)

in accord with:
[18 U.S.C. §§2241-2243 et seq.]
[Habeas Corpus Rules]
[Federal Rules of Civil Procedure 4(b)]
[Federal Rules of Civil Procedure 4(c)(3)]

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA OCALA DIVISION:

In accord with the Habeas Corpus statutes [28 U.S.C. 2241-2243 et seq.] and the Habeas Corpus Rules, an original and two original copies of the Affidavit of Habeas Corpus Natural Equity Claim Contract Under Seal are included herewith. Therefore, in accord with Fed. R. Civ. P. 4(b) and Fed. R. Civ. P. 4(c)(3), you are requested to serve this Affidavit of Habeas Corpus directed to each Respondent to this action at the mailing location listed below by a U.S. Marshal or some other person specially appointed for the purpose:

1. Charles L. Lockett - Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
2. G. Miller - Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
3. S. Reiser - Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
4. Kim Lee Watson - 300 North Hogan Street, Jacksonville, Florida 32202, Suite 700
5. James Haskett - 300 North Hogan Street, Jacksonville, Florida 32202, Suite 700
6. Patrick Sheridan - 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
7. Kim Cassulo - 312 North Spring Street, Suite 1200, Los Angeles, California 90012
8. Samuel Hernandez - 312 North Spring Street, Suite 1200, Los Angeles, California 90012
9. Michael Hammer - 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
10. Penelope Knox - 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
11. Arnold B. Corsmeier - 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
12. M. Stephen Muldrow - 801 North Florida Avenue, 2nd Floor, Tampa, Florida 33602
13. Julien Lucien Andre - 312 North Spring Street, Suite 1200, Los Angeles, California 90012
14. Cathy Ostiller - 312 North Spring Street, Suite 1200, Los Angeles, California 90012
15. James R. Klindt - 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
16. Timothy J. Corrigan - 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
17. Christina A. Snyder - 350 West 1st Street, Suite 4311, Los Angeles, California 90012

Respectfully, Thank you.

Dated the Twenty-Ninth Day of the Tenth Month 1437 [G.C.Y. 2017-October, 29]

_Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend_
Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend

Prisoner of War for National Liberation: [62013-018, Unit J-120]
Unlawfully Detained at:
Federal Correctional Complex USP-1, Coleman, Florida 33521-1033