UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA OCALA DIVISION

Gullett, Taquan,
 In Propria Persona, Claimant, Affiant.
V.
Lockett, Charles L.; personal private capacity,
Miller, G.; personal private capacity,
Reiser, Steven; personal private capacity,
Sena, E.; personal private capacity,
Dunn, G.; personal private capacity,
Kleckner, M.; personal private capacity,
Watson, Kim Lee; personal private capacity,
Haskett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Cassulo, Kim; personal private capacity,
Hernandez, Samuel; personal private capacity,
Hammer, Michael; personal private capacity,
Brown, Larry; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B.; personal private capacity,
Muldrow, W. Stephen; personal private capacity,
Andre, Julian Lucien; personal private capacity,
Ostiller, Cathy; personal private capacity,
Radin, Moriah; personal private capacity,
Cowan, Andrew; personal private capacity,
Jauregui, Eddie; personal private capacity,
Chooljian, Jaqueline; personal private capacity,
Barksdale, Patricia D.; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Snyder, Christina A.; personal private capacity,
                    Respondent(s).

Claim Number: _____

FILED 2017 NOV 27 PM 1:35

5:17-CV-527-OC-10PRL
LETTER OF REQUEST
TO SERVE RESPONDENT(S)

In accord with:
the provisions of:

18 U.S.C. §§ 2241-2243 et seq.
18 U.S.C. Chapter 7 § 112
42 U.S.C. §§ 1987, 1988, 1989, 1990, 1991, 1992
Fed. R. Civ. P. 4(b), 4(c)(3)

"             "
Natural Equity Claim
CONTRACT UNDER SEAL

1 of 4

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA OCALA DIVISION:

In accord with the provisions of [28 U.S.C. §§ 2241-2243 et seq.; 18 U.S.C Chapter 7 §112; 42 U.S.C. §§ 1987, 1988, 1989, 1990, 1992; and Federal Rules of Civil Procedure 4(b), 4(c)(3)], you are respectfully requested to serve this Modified Affidavit for Habeas Corpus directed to each Respondent(s) to this action at the mailing location listed below by a U.S. Marshal or some other person specially appointed for the purpose. An original and two original-copies are included herewith:

Lockett, Charles L.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
Miller, G.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
Reiser, Steven; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
Sena, E.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
Dunn, G.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
Kleckner, M.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
Watson, Kim Lee; 300 North Hogan Street, ~~Suite 700~~ Jacksonville, Florida 32202
Haskett, James; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Sheridan, Patrick; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Cassulo, Kim; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
Hernandez, Samuel; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
Hammer, Michael; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Brown, Larry; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Knox, Penelope; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Corsmeier, Arnold B.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Muldrow, W. Stephen; 801 North Florida Avenue, 2nd Floor, Tampa, Florida 33602
Andre, Julian Lucien; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
Ostiller, Cathy; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
Radin, Moriah; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
Cowan, Andrew; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
Jauregui, Eddie; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
Chooljian, Jaqueline; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
Barksdale, Patricia D.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Klindt, James R.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202

2 of 4

Corrigan, Timothy J.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Snyder, Christina A.; 350 West 1st Street, Suite 4311, Los Angeles, California 90012


Further, you are respectfully requested to enter this Modified Affidavit for Habeas Corpus as an Original Proceeding with an Original Claim Number [see Civil Case Cover Sheet]; the required $5 filing and docketing fee have already been forwarded to your office as a money order [see Gullett, Taquan, P.O.W. 62013-018, Unit J-120 - Habeas Corpus Afdvt]. Also, you are respectfully requested to enter the correctly spelled names of all the parties to this Claim as they are correctly listed in the caption; as the Last Name, First Name, private personal capacity — is the Real Party In Interest [see 11th Circuit Court of Appeals "Certificate of Interested Persons" and all attending Local Rules].

<u>NOTICE AND OPPORTUNITY</u>: Failure to conduct yourself as required by law may incur a civil and criminal liability for all resulting damages [see 42 U.S.C. §1986; 18 U.S.C. §1512 - for altering, destroying, mulitating, or concealing a record, document, or other object; or attempt; or obstructs, impedes, influences an official proceeding]. Thank you for your respectfully requested service and discharge of your official duty as required by law.

In Honor.

## Commercial Verification

I, Taquan Gullett, also called Maalik Rahshe El, AAMARU Religious Consul Association, do hereby declare and affirm under penalty of perjury under the universal law of Father Allah, and under the laws of the United States, that the foregoing is true, correct, complete to the best of my own first-hand personal knowledge, not misleading, admissible as evidence, and in accord with the righteous upright moral integrity of my honorable intent.

This affidavit is dated on or about the Twentieth (20th) day of the Eleventh month 1437 [G.C.Y. 2017 - November, 20].

Witness My Hand and Seal:

_Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend_
Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association

Prisoner of War for National Liberation: [62013-018, Unit J-120]
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP 1, Coleman, Florida 33521-1033