**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

TAQUAN RIOGENT GULLETT,

    Petitioner,

v.                                                        Case No:  **5:17-cv-527-Oc-10PRL**


WARDEN, FCC COLEMAN - USP I

    Respondent.

### NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Middle District of Florida Local Rule 3.05, this action is designated as a **Track One Case**. All parties must meet any requirements established in Local Rule 3.05 for cases designated as Track One. Plaintiff is responsible for serving a copy of this notice on all other parties.

Notably, Track One cases include "a petition for habeas corpus or other proceeding to challenge a criminal conviction or sentence" and "an action brought without counsel by a person in custody of the United States, a state, or a state subdivision."  Local Rule 3.05(b)(1)(A) & (B).  Your case will be assigned to a District Judge and a Magistrate Judge.  Track One cases will be "managed by the presiding District Judge pursuant to notices or orders entered by the Judge, or by the Clerk under the Court's direction," and the Magistrate Judge may also be referred case management issues and will, as appropriate, "require responses, issue orders to show cause and such other orders as are necessary to develop a complete record."  See Local Rule 3.05(b)(1)(A) & (B), and Local Rule 6.01(c)(17).

ELIZABETH M. WARREN, CLERK

s/ *Melanie Sanders*

By:    Deputy Clerk

Date:  December 27, 2017

Distribution:

-Copies to plaintiff(s) [including habeas petitioner(s), bankruptcy appellant(s), and removing defendant(s)]