# ATTACHMENT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

_____
      Plaintiff(s),

v.                                  Case Number_____

_____
      Defendant(s).

_____
*[Title of Document]*

*[Body of pleading]*

                                  Respectfully submitted,

                                  _____
                                  *[Name]*
                                  *[Address] [Telephone Number]*

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and correct copy of the foregoing has been furnished by *[U.S. Mail, hand delivery, facsimile, etc.]* to *[Name and address of opposing counsel],* this *[30th]* day of *[September],* Year.

                                  _____
                                  *[Signature]*

**PLEADING FORMAT**
**\*\*THIS FORM IS PROVIDED AS A SAMPLE ONLY**

# ATTACHMENT 2



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
*OFFICE OF THE CLERK*
401 W. Central Boulevard,
Suite 1200
Orlando, Florida 32801-0120

Sheryl L. Loesch  
Clerk of Court

Tel.: 407-835-4200  
Fax: 407-835-4228

### PUBLIC NOTICE
Policy on Sensitive Information in Case Files Accessible Through PACER  
November 1, 2004

Effective **November 1, 2004**, the United States District Court for the Middle District of Florida enhanced its Public Access to Court Electronic Records (PACER)' service by providing electronic remote access to documents filed in criminal cases before this court. Any subscriber to PACER or WebPACER will be able to read, download, store, and print the full content of these electronic documents. Please note that documents sealed or otherwise restricted by court order, will not be available through PACER or WebPACER.

Litigants should not include sensitive information in any document filed with the court unless such inclusion is necessary and relevant to the case. Litigants must remember that any personal information not otherwise protected will be made available over the Internet via PACER or WebPACER. If sensitive information must be included, the following personal data and identifiers must be partially redacted from the pleading:

► **Social Security Numbers**. If an individual's social security number must be included in a document, only the last four digits of that number should be used.

► **Names of Minor Children**. If the involvement of a minor child must be mentioned, only the initials of the child should be used.

► **Dates of Birth**. If an individual's date of birth must be included in a document, only the year should be used.

► **Financial Account Numbers**. If financial account numbers are relevant, only the last four digits of these numbers should be used.

In compliance with the E-Government Act of 2002, a party wishing to file a document

---

[1] PACER is an electronic public access service that allows users to obtain case information from the federal courts. PACER allows a registered user to access case information through the Internet or a dial-up connection. For more information please visit pacer.nsc.uscourts.gov.

Jacksonville Division  
U.S. Courthouse  
300 North Hogan Street  
Jacksonville, FL 32202

Ocala Division  
U.S. Courthouse  
207 N.W. Second Ave.  
Ocala. FL 34475

Orlando Division  
U.S. Courthouse  
401 W. Central Blvd,  
Suite 1200  
Orlando, FL 32801

Tampa Division  
U.S. Courthouse  
801 N. Florida Avenue  
Tampa. FL 33602

Fort Myers Division  
U.S. Courthouse  
2110 First Street  
Fort Myers, FL 33901



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
*OFFICE OF THE CLERK*
401 W. Central Boulevard,
Suite 1200
Orlando, Florida 32801-0120

Sheryl L.Loesch
Clerk of Court

Tel.:407-8354200
Fax:407-835-4228

containing the personal data identifiers specified above may file an unredacted document under seal, which will be retained by the court as part of the record. In that circumstance, the court requires the party to file a redacted copy for the public file.

In addition, exercise caution when filing documents that contain the following:

► **Personal identifying number, such as driver's license number;**

► **Medical records, treatment and diagnosis;**

► **Employment history;**

► **Individual financial information; and**

► **Proprietary or trade secret information.**

Counsel is strongly urged to share this notice with all clients, so that an informed decision about the inclusion of certain materials may be made. If a redacted document is filed, it is the sole responsibility of counsel and the parties to be sure that all pleadings comply with the rules of this court requiring redaction of personal data identifiers. The Clerk of Court will not review each pleading for redaction.

This policy does not create a private right of action against the Court, the Clerk of Court, counsel, or any other individual or entity on behalf of any individual or entity that may have identifying information erroneously included in a filed document that is made available on PACER or WebPACER.

| Jacksonville Division | Ocala Division | Orlando Division | Tampa Division | Fort Myers Division |
|---|---|---|---|---|
| U.S. Courthouse | U.S. Courthouse | U.S. Courthouse | U.S. Courthouse | U.S. Courthouse |
| 300 North Hogan Street | 207 N.W. Second Ave. | 401 W. Central Blvd, Suite 1200 | 801 N. Florida Avenue | 2110 First Street |
| Jacksonville, FL  32202 | Ocala, FL  34475 | Orlando, FL  32801 | Tampa, FL  33602 | Fort Myers, FL  33901 |