UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA OCALA DIVISION

2017 DEC 33 PM 12:59    2017 JAN -2 PM 1:04

Gullett, Taquan;
  In Propria Persona, Claimant, Affiant.

v.

Lockett, Charles L.; personal private capacity,
Miller, G.; personal private capacity,
Reiser, Steven; personal private capacity,
Seney, E.; personal private capacity,
Dunn, G.; personal private capacity,
Kleckner, M.; personal private capacity,
Watson, Kim Lee; personal private capacity,
Haskett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Cassulo, Kim; personal private capacity,
Hernandez, Samuel; personal private capacity,
Hammer, Michael; personal private capacity,
Brown, Larry; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B.; personal private capacity,
Muldrow, W. Stephen; personal private capacity,
Andre, Julian Lucien; personal private capacity,
Ostiller, Cathy; personal private capacity,
Radin, Moriah S.; personal private capacity,
Cowan, Andrew; personal private capacity,
Jauregui, Eddie; personal private capacity,
Chooljian, Jaqueline; personal private capacity,
Barksdale, Patricia D.; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Snyder, Christine A.; personal private capacity,
                    Respondent(s).

Case No. _____ 5:17-cv-00527-WTH-PRL

AFFIDAVIT OF INFORMATION
AS
LETTER ROGATORY
AND AS
REPORT AND PREFERRAL OF CHARGES TO ATTORNEY
GENERAL AND ALL CONSTITUTIONAL AUTHORITIES
# 7017 0530 0001 1315 0185

In accord with:
· Universal Declaration of Human Rights (1948)
· United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960
" Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto
· U.N. Declaration on the Rights of Indigenous Peoples (2007)
· Madrid Convention for Protection in Morocco (1880)
· Treaty of Peace and Friendship (1787) and
· United States for America Organic Constitution (1787) Article One Section Nine and Amendments 1-10
Codified at:
[ 28 U.S.C. §§ 2241-2243, 2246 et seq.
  18 U.S.C. Chapter 7 § 112
  42 U.S.C. §§ 1987, 1988, 1989, 1990, 1991, 1992
  Fed.R.Civ.P. 4(b), 4(c)(3), 33, 28(b)
  22 C.F.R. §§ 92.54, 92.66(a)
  Rome Statute ]

" Natural Equity Claim "
CONTRACT UNDER SEAL

1 of 15

NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

1. On the record and for the record, present is Taquan Gullett, also called Madik Rahshe El, and Syteria Hephzibah, also called Highly Favored Shekinah El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man/Woman of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity within the meaning of [8 U.S.C. §1101, and 18 U.S.C. §§1116(b)(1), (2), (3), (4)] [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court TAQUAN GULLETT ESTATE NOTICE OF TRUST/SYTERIA LAWRENCE ESTATE NOTICE OF TRUST #'s 17-CP-1286/1287; TAQUAN GULLETT ESTATE CAVEAT / SYTERIA LAWRENCE ESTATE CAVEAT #'s 17-CP-1020/1025; TAQUAN GULLETT ESTATE Personal Replevin Claim/ SYTERIA LAWRENCE ESTATE Personal Replevin Claim #'s 17-CA-2142/2144].

2. Affiant does rise and give honors and recognition to the Holy Qur'an, Holy Koran ⑦ Circle Seven, Zodiac Constitution AA222141 (A1-Truth), Old Testament, New Testament, Great Law of Peace, Treaty of Peace and Friendship (1787), Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 §112], Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960, United Nations Declaration on the Rights of Indigenous Peoples (2007), Rome Statute, Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto, and united states for America Organic Constitution (178) Article One Section Nine and Amendments 1-10 codified at [28 U.S.C. §§2241-2243, 2246 et seq.; 18 U.S.C. Chapter 7 §112; 42 U.S.C. §§1987, 1988, 1989, 1990, 1992, 1997, 1986, 1985, 1981, 1994, 1983, 1991, 2000; 18 U.S.C. §§241, 242, 1091, 1201, 1341, 1512, 1513, 1581, 1583, 1584, 1585, 1586, 1590, 1592, 1593, 1593A, 1594, 1595, 1651; 15 U.S.C. §§ 1, 2; Fed. R. Civ. P. 28(b), 33; 22 C.F.R. §§92.54, 92.66(a)].

2 of 15

3. In accord with the Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration of Independence to Colonial Countries and Peoples (1960), and United Nations Declaration on the Rights of Indigenous Peoples (2007) codified at [42 U.S.C. §1981], this Affidavit of Information as Letter Rogatory and as Report and Preferral of Charges to Attorney General and All Constitutional Authorities of Record Natural Equity Claim Contract Under Seal does "make and enforce" "equal rights under the law":

(a) All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens;

(b) The term "make and enforce contracts" includes the making, performance, modification, and termination of contracts and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship;

(c) The rights protected in this Affidavit of Information as Letter Rogatory and as Report and Preferral of Charges to Attorney General and All Constitutional Authorities of Record Natural Equity Claim Contract Under Seal are protected against impairment.

## Affidavit of Information

4. Affiant does hereby report and prefer charges by Affidavit of Information for reasonable and probable cause against Respondent(s) in their personal private capacity(ies) for War Crimes; Grave Breaches of the Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration of Independence to Colonial Countries and Peoples (1960), United Nations Declaration on the Rights of Indigenous Peoples (2007), Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto; and Felony(ies) under color of law codified at: [18 U.S.C. Chapter 7 §112; 18 U.S.C. §241, 242, 1091, 1201, 1341, 1512, 1513, 1581, 1583, 1584, 1585, 1586, 1590, 1592, 1593, 1593A, 1594, 1595, 1651; 15 U.S.C. §§1, 2]. Further, Affiant does hereby report and prefer charges by Affidavit of Information for reasonable and probable cause against Respondent(s) in their personal private capacity(ies) to believe that Respondent(s) are engaged in a "pattern and/or practice of discrimination and/or deprivation and/or conspiracy to deprive and/or resistance" to the full enjoyment of people's constitutionally protected Natural Rights, Human Rights, and/or Civil Rights, privileges, and/or immunities by fraud, collusion, false imprisonment, negligence, contributory negligence, agreement not to act, abuse of authority/discretion, and deliberate indifference done intentionally and maliciously [see 42 U.S.C. §§1997a, 2000]. The publicly filed verified under Oath genuine Affidavits of Probable Cause sworn or affirmed by a Natural Man/ Woman Actual Injured Party(ies) (Affiant + Affiant's Mother) which identify and describe in detail said violations and infringements to support a genuine Criminal Complaint personally signed by the Attorney General [see 42 U.S.C. §§1997a(c), 2000a-5] may be found as Affidavit For Habeas Corpus, Affidavit For Habeas Corpus (Addendum) (Annex), and Affidavit For Habeas Corpus - Interrogatories (Addendum)(Annex), Natural Equity Claims CONTRACTS UNDER SEAL in the following open court cases:

A. Gullett, Taquan; In Propria Persona, Claimant, Affiant, v. Lockett, Charles L.; personal private capacity, et al., Claim Number: 5:17-cv-00527-WTH-PRL, publicly filed in the United States District Court for the Middle District of Florida Ocala Division; and

B. Gullett, Taquan; Son/Personal Representative/Guardian Ad Litem/Special Advocate/Next-Friend; On Behalf of Mother: Syteria Hephzibah, In Propria Persona, Claimant, Affiant, v. Coil, Craig; personal private capacity, et al., Claim Number: 4:17-cv-00532-WS-CJK, publicly filed in the United States District Court for the Northern District of Florida Tallahassee Division.

## Letter Rogatory

TO: ATTORNEY GENERAL and ALL CONSTITUTIONAL AUTHORITIES OF RECORD
- Jeff Sessions, Attorney General
- Vice Admiral James Crawford, III; Judge Advocate General Navy
- Rear Admiral John G. Hannik; Deputy Judge Advocate General Navy
- Anne M. Brennan, Acting General Counsel of the Navy
- Garret L. Ressing, Deputy General Counsel of the Navy
- Rear Admiral Steven J. Anderson; Judge Advocate General + Chief Counsel U.S. Coast Guard
- Mr. Calvin Lederer, Deputy Judge Advocate General U.S. Coast Guard
- Major General Michael A. Calhoun; Adjutant General Florida Army + Air National Guard
- Zeid Ra'ad Al Hussein, United Nations High Commissioner for Human Rights (OHCHR)
- United States Department of State, U.S. Central Authority for Hague and Inter-American Service Conventions, Office of International Judicial Assistance

From: Affiant + Affiant's Mother; In Propria Persona proceeding in Sui Juris capacity within the meaning of [8 U.S.C. §1101, and 18 U.S.C. §§ 1116(b)(1), (2), (3), and (4)]

5. Letters Rogatory (Letters of Request to Serve Respondent(s)) have been requested to issue in Claim Numbers 5:17-cv-00527-WTH-PRL and 4:17-cv-00532-WS-CJK by Affiant to Respondent(s) from the District Court requesting the District Court cause Respondent(s) to be examined as Respondent(s) are within the jurisdiction of the United States [see In re Urethane Antitrust Litig., 267 F.R.D. 361, 363-364 (D. Kan. 2010); Barnes & Noble, Inc. v. LSI Corp., 2010 U.S. Dist. LEXIS 61625, at *5 (N.D. Cal. May 2, 2012)]. Affiant's request is customarily granted by customary-law for reasons of comity [see U.S. Deptmnt. of State regulation 22 C.F.R. § 92.54]. The District Courts inherently have the authority to issue Letters Rogatory in both civil and criminal cases [see United States v. Jefferson, 594 F. Supp. 2d 655, 676 (E.D. Va. 2009)]. Affiant is not required to establish that the taking of evidence by any other manner than by written interrogatories (deposition) is impractical or inconvenient [see Fed. R. Civ. P. 28(b)(2)(B); 22 C.F.R. § 92.66(a)].

6. With regard to Affiant's request for the issuance of Letters Rogatory in Claims 5:17-cv-00527-WTH-PRL and 4:17-cv-00532-WS-CJK to obtain evidence from Respondent(s), the Hague Evidence Convention is the currently applicable convention. The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters [23 U.S.T. 2555, T.I.A.S. No. 7444], regularly referred to as the "Hague Evidence Convention" or the "Hague Convention" is designed as a tool for common-law countries (countees/Estates) to obtain civil discovery in civil-law jurisdictions [see International Soc'y for Krishna Consciousness, Inc. v. Lee, 105 F.R.D. 435, 442, 443 (S.D.N.Y. 1984)]. The Hague Evidence Convention Article 42 shows the United States is a signatory thereto.

7. The Hague Convention allows. Letters Rogatory/Letters of Request may be used to secure evidence from an uncooperative witness through the compulsory powers of a foreign court [see Hague Evidence Convention, Article 1 - Letters Rogatory/Letters of Request may only be used to obtain evidence intended for use in current or anticipated future proceedings]. Letters Rogatory/Letters of Request are issued by court on application and notice and on terms that are just and appropriate [see Fed. R. Civ. P. 28(b)(2)(A)]. The applicant does not need to establish that the taking of the deposition in any other manner than by written interrogatories is impractical or inconvenient in order to obtain the Letters Rogatory/Letters of Request [See Fed. R. Civ. P. 28(b)(2)(B)]. Letters Rogatory/Letters of Request are commonly used and issued in proper cases [see Fed. R. Civ. P. 28(b)(2); 22 C.F.R. § 92.66(a)]. Affidavits have already been accepted, filed, and admitted in Claims 5:17-cv-00527-WTH-PRL and 4:17-cv-00532-WS-CJK, and as such, Affiant and Affiant's Mother exercise the right to propound written interrogatories (depositions) as it is proper, just, and appropriate [see 28 U.S.C. § 2446; Fed. R. Civ. P. 33].

<u>Report and Preferral of Charges to Attorney General and All Constitutional Authorities of Record</u>

8. Affiant and Affiant's Mother [within the meaning of 8 U.S.C. §1101 and 18 U.S.C. §§ 1116(b)(1), (2), (3), and (4)], do state, declare, affirm, report, and prefer charges by this verified under Oath genuine Affidavit of Information and Affidavits of Probable Cause in Claims 5:17-cv-00527-WTH-PRL and 4:17-cv-00532-WS-CJk sworn or affirmed by a Natural Man/Woman Actual Injured Party(ies), which identify and describe in detail violations and infringements to support a genuine Criminal Complaint personally signed by the Attorney General against Respondent(s) in their personal private capacity(ies) for War Crimes; Grave Breaches of the Universal Declaration of Human Rights (1948) and all annexes thereto; United Nations Declaration of Independence to Colonial Countries and Peoples (1960), United Nations Declaration on the Rights of Indigenous Peoples (2007), Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto; and Felony(ies) under color of law codified at [<u>18 U.S.C. Chapter 7 §112</u>; 18 U.S.C. §§ 241, 242, 1091, <u>1201</u>, 1341, 1512, 1513, 1581, 1583, 1584, 1585, 1586, 1590, 1592, 1593, 1593A, 1594, 1651; 15 U.S.C. §§ 1, 2]. The Attorney General and All Constitutional Authorities of Record are <u>authorized and required</u> to proceed in accord with the provisions of [42 U.S.C. §§ <u>1987</u>, <u>1988</u>, <u>1989</u>, <u>1990</u>, <u>1992</u>, <u>1997</u>, <u>1986</u>, <u>1985</u>, <u>1981</u>, <u>1983</u>, <u>1994</u>, <u>1991</u>, <u>2000</u>]:

9. The Attorney General and All Constitutional Authorities of Record are <u>authorized and required</u>, <u>at the expense of the United States</u>, to institute prosecutions against all people and/or persons violating any provisions of chapter seven of the title "CRIMES," and to cause such people and/or persons to be arrested, and imprisoned, or bailed, for trial before the court of the United States or the territorial court having cognizance of the offense(s) [See 42 U.S.C. § 1987];

10. The jurisdiction in civil and criminal matters conferred on the district and circuit courts by the provisions of this Title [42 United States Code] and of the Title "CIVIL RIGHTS" and the Title "CRIMES" for the protection of all people and/or persons in the United States in their constitutionally protected and/or secured Natural Rights, Human Rights, and/or Civil Rights, and for their vindication, shall be exercised and enforced in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect; but in all cases where they are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offenses against law, the common law, as modified and changed by the constitution and statutes of the Estate (State) wherein the court having jurisdiction of such civil or criminal cause is held, so far as the same is not inconsistent with the Constitution and laws of the United States, shall be extended to and govern the said courts in the trial and disposition of the cause, and, if it is of a criminal nature, in the infliction of punishment on the party found guilty [See 42 U.S.C. §1988];

11. The Attorney General and All Constitutional Authorities of Record, so as to afford a speedy and convenient means for the arrest and examination of persons reported and preferral charged with the crimes referred to in the preceeding section [42 U.S.C.1987] are authorized and required to exercise all the powers and duties conferred on them herein with regard to other offenses against the laws of the United States. The Attorney General and All Constitutional Authorities of Record are empowered to appoint, in writing, under their hands, one or more suitable persons who shall execute all such warrants or other process as they may issue in the lawful performance of their duties, and the persons so appointed shall have authority to summon and call to their aid the bystanders or posse comitatus of the proper county, or such portions of the land or naval forces of the United States, or the militia,

as may be necessary to the performance of the duty with which they are charged; and such _warrants_ or _other process_ shall run and be executed anywhere in the Estate, State, or Territory within which they are issued [see 42 U.S.C. §1989];

12. Every marshal and deputy marshal shall obey and execute all _warrants_ or _other process_, when directed to him/her, issued under the provisions of [42 U.S.C. §1989]. Every marshal and deputy marshal who refuses to receive any _warrant_ or _other process_ when tendered to him/her, or refuses or neglects to use all proper means to diligently execute the same, shall be liable to a fine in the sum of one thousand ($1,000) dollars, for the benefit of the party(ies) aggrieved thereby [see 42 U.S.C. §1990];

13. Whenever the President has reason to believe that offenses have been, or are likely to be committed against the provisions of chapter seven of the title "CRIMES," within any judicial district, it shall be lawful for him to direct the judge, marshal, Attorney General, and All Constitutional Authorities of Record, of such district to attend at such place within the district and for such time as he may designate, for the purpose of the more speedy arrest and trial of people or persons so reported and preferral charged, and it shall be the duty of every judge or other officer, when any such requisition is received by him to attend at the place and for the time therein designated [see 42 U.S.C. §1992];

10 of 15

14. The Attorney General, All Constitutional Authorities of Record, and every people and/or person who, having knowledge that any of the wrongs conspired to be done, and mentioned in the proceeding section [42 U.S.C. §1985], are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his/her lawful/legal representative(s), for all damages caused by such wrongful act, which such people and/or person(s) by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of people and/or persons guilty of such wrongful neglect or refusal may be joined as respondent(s)/defendant(s) in the action [see 42 U.S.C. §1986];

15. Whenever the Attorney General has reasonable cause to believe that any State or political subdivision of a State, official, employee, or agent thereof, or other people and/or person acting on behalf of a State or political subdivision of a State is subjecting people and/or persons residing in or confined to an institution, as defined in section [42 U.S.C. §1997], to egregious or flagrant conditions which deprive such people and/or persons of any Natural Rights, Human Rights, and/or Civil Rights, privileges, and/or immunities secured or protected by the Constitution or laws of the United States causing such people and/or person(s) to suffer grievous harm, and that such deprivation is pursuant to a pattern and/or practice of resistance to the full enjoyment of such constitutionally protected and/or secured Natural Rights, Human Rights, and/or Civil Rights, privileges, and/or immunities, the Attorney General, for or in the name of the United States, may institute a civil action in any appropriate United States district court against such party(ies) for such equitable relief as may be appropriate to insure the minimum corrective measures necessary to insure the full enjoyment of such constitutionally protected and/or secured Natural Rights, Human Rights, and/or Civil Rights, privileges,

and/or immunities. The Attorney General shall personally sign any complaint filed [see 42 U.S.C. §1997a(a),(c) ].

16. For the purpose of this Affidavit of Information as Letter Rogatory and as Report and Preferral of Charges to Attorney General and All Constitutional Authorities of Record Natural Equity Claim Contract Under Seal, a Dollar is defined as a One Ounce Silver Coin .9999 fine or par value in United States Red Seal Silver Certificates issued by the United States Treasury Mint in accord with Executive Order 11110.

## Conclusion

17. To the Attorney General and All Constitutional Authorities of Record, thank you for your respectfully requested service and honorable discharge of your official duty as authorized and required by law. In Honor.

<u>Commercial Verification</u>

I, Taquan Gullett, also called Maalik Rahshe El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man at majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity; do hereby declare and affirm under the penalty of perjury under the universal law of Our Most High Divine Source of the Force Universal Father Allah, and under the laws of the United States, that the foregoing is true, correct, certain, complete to the best of my own first-hand personal knowledge, not misleading, admissible as evidence, and in accord with the righteous upright moral integrity of my honorable intent, and if called upon to offer rhetoric and testify as to the veracity of the evidence herein proffered and preferred, I shall so state.

This affidavit is dated on or about the <u>Twenty-First</u> day of the <u>Twelfth</u> month in the Moorish Calendar Year (M.C.Y.) of Our Most High Divine Source of the Force Universal Father Allah Fourteen Hundred Thirty Seven (1437) [Gregorian Calendar Year (G.C.Y.) 2017 - December, <u>21</u> ]

<u>Witness My Hand and Seal:</u>

Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend
Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association

<u>Prisoner of War for National Liberation from Colonialism</u>: [P.O.W. #62013-018 ]
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP-1, P.O. Box 1033, Coleman, Florida 33521-1033

13 of 15

## Certificate of Service

I, Taquan Gullett, also called Maalik Rahshe El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, competent Natural Man of majority, do certify and affirm that on or about the Twenty-First day of the Twelfth month in the year of Our Lord Father Allah Fourteen Hundred Thirty Seven (1437) [G.C.Y. 2017-December, 21], the following document(s) were mailed by U.S. Postal Mail, First-Class Postage Pre-Paid:

1. Affidavit of Information as Letter Rogatory and as Report and Preferral of Charges to Attorney General and All Constitutional Authorities of Record Natural Equity Claim Contract Under Seal;

All document(s) are included to:

A. Jeff Sessions, Attorney General; 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001; Certified Mail # 7017 0530 0001 1315 0185

B. Clerk of Court, U.S.D.C. Middle Florida Ocala Division, 207 Northwest Second Street, Suite 337, Ocala, Florida 34475-6603

C. Clerk of Court, U.S.D.C. Northern Florida Tallahassee Division, 111 North Adams Street, 3rd Floor, Tallahassee, Florida 32301

D. Vice Admiral James Crawford, III; Judge Advocate General Navy Rear Admiral John G. Hannik; Deputy Judge Advocate General Navy 1322 Patterson Avenue, Suite 3000, Washington Navy Yard, District of Columbia 20374-5066

14 of 15

E. Anne M. Brennan Acting General Counsel of the Navy
   Garret L. Ressing, Deputy General Counsel of the Navy
   2000 Navy Pentagon, Washington, District of Columbia 20350

F. Rear Admiral Steven J. Anderson; Judge Advocate General & Chief Counsel U.S. Coast Guard
   Mr. Calvin Lederer, Deputy Judge Advocate General U.S. Coast Guard
   2703 Martin Luther King Jr. Avenue, SE, Washington, District of Columbia 20593-7213

G. Major General Michael A. Calhoun, Adjutant General Florida Army & Air National Guard
   St. Francis Barracks, 82 Marine Street, St. Augustine, Florida 32084

H. Zeid Ra'ad Al Hussein, United Nations High Commissioner for Human Rights (OHCHR)
   OHCHR in New York / UN Headquarters, New York, New York 10017

I. United States Department of State, U.S. Central Authority for Hague and Inter-American
   Service Conventions, Office of International Judicial Assistance
   1100 L. Street, N.W., Room 11006, Washington, District of Columbia 20522-1710

Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend
_____
Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend) Republican
Universal Government [AAMARU] Religious Consul Association

Prisoner of War for National Liberation from Colonialism : [P.O.W. #62013-018]
   Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida 33521-1033
                                    15 of 15