UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA OCALA DIVISION

2017 JAN -2  PM 1: 07

Gullett, Taquan,
In Propria Persona, Claimant, Affiant.

v.

Lockett, Charles L.; personal private capacity,
Miller, G.; personal private capacity,
Reiser, Steven; personal private capacity,
Sena, E.; personal private capacity,
Dunn, G.; personal private capacity,
Kleckner, M.; personal private capacity,
Watson, Kim Lee; personal private capacity,
Haskett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Cassulo, Kim; personal private capacity,
Hernandez, Samuel; personal private capacity,
Hammer, Michael; personal private capacity,
Brown, Larry; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B; personal private capacity,
Muldrow, W. Stephen; personal private capacity,
Andre, Julian Lucien; personal private capacity,
Ostiller, Cathy; personal private capacity,
Radin, Moriah B.; personal private capacity,
Cowan, Andrew; personal private capacity,
Jauregui, Eddie; personal private capacity,
Chooljian, Jaqueline; personal private capacity,
Barksdale, Patricia D.; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Snyder, Christina A.; personal private capacity,
    Respondent(s).

Case No. 5:17-cv-00527-WTH-PRL

LETTER ROGATORY

LETTER OF REQUEST
TO SERVE RESPONDENT(S)

in accord with the provisions of:
Hague Conventions
[ 28 U.S.C. §§ 2241-2243, 2246 et seq. ]
[ 18 U.S.C. Chapter 7 § 112 ]
[ 42 U.S.C. §§ 1987, 1988, 1989, 1990, 1991, 1992 ]

[ Fed. R. Civ. P. 4(b), 4(c)(3), 33, 28(b) ]
[ 22 C.F.R. §§ 92.54, 92.66(a) ]

" Natural Equity Claim "
CONTRACT UNDER SEAL

1 of 4

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA OCALA DIVISION:

In accord with the provisions of [28 U.S.C. §§ 2241-2243, 2246 et seq.; 18 U.S.C. Chapter 7 §112; 42 U.S.C. §§ 1987, 1988, 1989, 1990, 1991, 1992; and Federal Rules of Civil Procedure 4(b), 4(c)(3), and 33; and The Hague Conventions; and F.R.Civ.P. 28(b); and 22 C.F.R. § 92.54], you are respectfully requested to serve the Affidavit for Habeas Corpus – Interrogatories directed to each Respondent(s) to this action at the mailing locations listed below by a U.S. Marshal or some other person specially appointed for the purpose. The original and two copies have already been mailed to your office on or about [2017-December, 14]:

1. Lockett, Charles L.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
2. Miller, B.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
3. Reiser, Steven; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521

4. Serna, E.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
5. Dunn, G.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
6. Kleckner, M.; Federal Correctional Complex USP1, P.O. Box 1023, Coleman, Florida 33521
7. Watson, Kim Lee; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
8. Haskett, James; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
9. Sheridan, Patrick; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
10. Cassulo, Kim; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
11. Hernandez, Samuel; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
12. Hammer, Michael; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
13. Brown, Lacey; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
14. Knox, Penelope; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
15. Corsmeier, Arnold B.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
16. Muldrow, W. Stephen; 801 North Florida Avenue, 2nd Floor, Tampa, Florida 33602
17. Andre, Julian Lucien; 312 North Spring Street, Suite 1200, Los Angeles, California 90012

18. Ostiller, Cathy; 312 North Spring Street, Suite 1200, Los Angeles, California 90012



19. Radin, Mariah S.; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
20. Cowan, Andrew; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
21. Jauregui, Eddie; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
22. Chooljian, Jaqueline; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
23. Barksdale, Patricia D.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
24. Klindt, James R.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
25. Corrigan, Timothy J.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
26. Snyder, Christina A.; 350 West First Street, Suite 4311, Los Angeles, California 90012

In accord with the Hague Convention Article 1, the Affidavit For Habeas Corpus - Interrogatories (Addendum)(Annex) may be used to secure evidence from Respondent(s) through the compulsory powers of the court. The District Courts inherently have the authority to issue letters rogatory in both civil and criminal cases [see United States v. Jefferson, 594 F. Supp. 2d 655, 676 (E.D. Va. 2009)]. Affiant does not need to establish that the taking of evidence by any other manner than written interrogatories (deposition) is impracticle or inconvenient [see F.R. Civ. P. 28(b)(2)(B); 22 C.F.R. §92.66(a)].

Affiant also respectfully requests that you file-stamp his previously mailed Original Affidavit For Habeas Corpus - Interrogatories (Addendum)(Annex) and the included herewith Affidavit of Information as Letters Rogatory and as Report and Referral of Charges to Attorney General and All Constitutional Authorities of Record, write the case number upon it, and return them (1+2) to him in the Self-Addressed Pre-Paid Stamped envelope provided. Affiant further respectfully requests that you return Proof of Service, Answers/Responses, and all other Court Documents pertaining to this matter, to Affiant at the mailing location listed in the signature line below.

NOTICE AND OPPORTUNITY: Failure to conduct yourself as required by law may incur a civil and criminal liability for all resulting damages [see 42 U.S.C. §1986; 18 U.S.C. §1512 - for altering, destroying, mutilating, or concealing a record, document, or other object, or attempt, or obstructs, impedes, influences, an official proceeding]. Thank you for your respectfully requested service and honorable discharge of your official duty as required by law. In Honor.

## Commercial Verification

I, Taquan Gullett, also called Maalik Rahshe El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity; do hereby declare and affirm under the penalty of perjury under the universal law of Our Most High Divine Source of the Force Universal Father Allah, and under the laws of the United States, that the foregoing is true, correct, certain, complete to the best of my own first-hand personal knowledge, not misleading, admissible as evidence, and in accord with the righteous upright moral integrity of my honorable intent, and if called upon to offer rhetoric and testify as to the veracity of the evidence herein proffered and preferred, I shall so state.

This affidavit is dated on or about the Twenty-First day of the Twelfth month in the Moorish Calendar Year (M.C.Y.) of Our Most High Divine Source of the Force Universal Father Allah Fourteen Hundred Thirty Seven (1437) [Gregorian Calendar Year (G.C.Y.) 2017 - December, ]

## Witness My Hand and Seal:

Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend)
Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association

Prisoner of War for National Liberation From Colonialism; [P.O.W. # 62013-018 ]
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida 33521-1033