UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**TAQUAN RIOGENT GULLETT,**

    Petitioner,

v.                              Case No: 5:17-cv-527-Oc-10PRL

**WARDEN, FCC COLEMAN - USP I**

    Respondent.

**ORDER**

    Petitioner initiated this action by filing a petition for writ of habeas corpus and an amended petition pursuant to 28 U.S.C. § 2241. (Docs. 1, 3). However, Petitioner failed to use the Court's form. The Court requires prisoners to use the Court's form so that it can more efficiently manage prisoner litigation and determine, among other things, whether the complaint is related to other cases. Identification of related litigation frequently enables the Court to dispose of a successive case without further expenditure of finite judicial resources. Accordingly, the **Clerk** is directed to send Petitioner a blank §2241 habeas corpus form. Within **TWENTY-ONE (21) DAYS** of the date of this Order, Petitioner shall complete and file the §2241 habeas corpus form and three identical service copies. Petitioner is reminded to clearly mark the document "Second Amended Petition." Failure to comply could result in the dismissal of this case without further notice.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** at Ocala, Florida, this 9th day of January 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record