**I DO NOT CONSENT**
**I DO NOT UNDERSTAND** (x3)   Identical Service Copies
**I DO NOT VOLUNTEER**

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Florida

FILED 2018 JAN 29 AM 11:54 CLERK, US DISTRICT COURT MIDDLE DISTRICT OCALA FLORIDA

In accord with [Rule E(8)] Restricted Appearance by Special Visitation Gillett, Taquan, In Propria Persona, Claimant Affiant )   UNDER INTERLOCUTORY APPEAL TO 11th Circuit
_____   # 7002 2030 0006 9991 5199
Petitioner

v.   Second Amended Petition
Case No. Claim Number: 5:17-cv-00527-WTH-PRL
Lockett, Charles L.; personal private capacity;   (Supplied by Clerk of Court)
Miller, G.; personal private capacity;
Reiser, Steven; personal private capacity;   • Universal Declaration of Human Rights (1948)
Sena, E.; personal private capacity, et al.   • United Nations Declaration of Independence to Colonial Countries and Peoples 1960
_____   • U.N. Declaration on the Rights of Indigenous Peoples (2007)
Respondent   • Treaty of Peace and Friendship (1787) and
(name of warden or authorized person having custody of petitioner)   • United States for America Organic Constitution (1787) 1st Amendment Redress for Grievances

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

#### Personal Information

1. (a) Your full name: Please see Modified Affidavit For Habeas Corpus (Addendum)(Annex) [filed on November 27, 2017]
   (b) Other names you have used: Please See Modified Affidavit For Habeas Corpus (Addendum)(Annex)

2. Place of confinement:
   (a) Name of institution: Please see Modified Affidavit For Habeas Corpus (Addendum)(Annex)
   (b) Address: Please see Modified Affidavit For Habeas Corpus (Addendum)(Annex)
   Please see Modified Affidavit For Habeas Corpus (Addendum)(Annex)
   (c) Your identification number: Please see Modified Affidavit For Habeas Corpus (Addendum)(Annex)

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☒ Other - explain:
   Please see Modified Affidavit For Habeas Corpus (Addendum)(Annex)

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Please see Modified Affidavit For Habeas Corpus (Addendum)(Annex)
   (b) Docket number of criminal case: Please see Modified Affidavit For Habeas Corpus
   (c) Date of sentencing: Please see Modified Affidavit For Habeas Corpus (Addendum)(Annex)
   ☐ Being held on an immigration charge
   ☒ Other (explain): Please see Affidavit For Habeas Corpus [filed November 2, 2017]; Modified Affidavit For Habeas Corpus (Addendum)(Annex)[Filed November 27, 2017]; Affidavit For Habeas Corpus - Interrogatories (Addendum)(Annex) filed [December 18, 2017]; Notice of Interlocutory Appeal To 11th Circuit.

**VI COACTUS; UNDER CONSTRAINT; UNDER DURESS;**
**UNDER PROTEST; UNDER INTERLOCUTORY APPEAL**
7002 2030 0006 9991 5199

Page 2 of 10
(x3) Identical Service Copies

I DO NOT CONSENT
I DO NOT UNDERSTAND (x3) Identical Service Copies
I DO NOT VOLUNTEER

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☒ Other (explain): Please see Affidavit For Habeas Corpus; Modified Affidavit For Habeas Corpus (Addendum)(Annex); Affidavit For Habeas Corpus - Interrogatories (Addendum)(Annex); Notice of Interlocutory Appeal To Eleventh Circuit Court of Appeals

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Please see Affidavit For Habeas Corpus; Modified Affidavit For Habeas Corpus; Affidavit For Habeas Corpus & Interrogatories (Addendum)(Annex)
   (b) Docket number, case number, or opinion number: Please see Modified Affidavit For Habeas Corpus (Addendum)
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Please see Affidavit For Habeas Corpus; Modified Affidavit For Habeas Corpus (Addendum)(Annex); Affidavit For Habeas Corpus - Interrogatories (Addendum)(Annex); Notice of Interlocutory Appeal To Eleventh Circuit Court of Appeals
   (d) Date of the decision or action: Please see Modified Affidavit For Habeas Corpus (Addendum)(Annex)

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes        ☐ No        ☒ Other
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Please see Affidavit For Habeas Corpus; Modified Affidavit For Habeas Corpus (Addendum)(Annex); Affidavit For Habeas Corpus -
       (2) Date of filing: Interrogatories (Addendum)(Annex); Notice of Interlocutory Appeal To
       (3) Docket number, case number, or opinion number: Eleventh Circuit Court of Appeals
       (4) Result: # 7002 2030 0006 9991 5199; Affidavit of Information as Letter
       (5) Date of result: Rogatory and as Report and Referral of Charges to Attorney General and All
       (6) Issues raised: Constitutional Authorities of Record; Affidavit For Entry of Clerk's Default and For Entry of Clerk's Default Judgment; Letters Rogatory/Letters of Request For Service Upon Respondent(s); Affidavit To Compel Discovery Specifically, Interrogatories Answers, and For Summary Judgment, hereinafter, "AFFIDAVITS"

VI COACTUS; UNDER CONSTRAINT; UNDER DURESS;
UNDER PROTEST; UNDER INTERLOCUTORY APPEAL
# 7002 2030 0006 9991 5199

I DO NOT CONSENT
I DO NOT UNDERSTAND (x3) Identical Service Copies
I DO NOT VOLUNTEER

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(b) If you answered "No," explain why you did not appeal: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes    ☐ No    ☒ OTHER

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(2) Date of filing: Please see "AFFIDAVITS"

(3) Docket number, case number, or opinion number: Please see "AFFIDAVITS"

(4) Result: Please see "AFFIDAVITS"

(5) Date of result: Please see "AFFIDAVITS"

(6) Issues raised: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(b) If you answered "No," explain why you did not file a second appeal: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes    ☐ No    ☒ OTHER

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(2) Date of filing: Please see "AFFIDAVITS"

(3) Docket number, case number, or opinion number: Please see "AFFIDAVITS"

(4) Result: Please see "AFFIDAVITS"

(5) Date of result: Please see "AFFIDAVITS"

(6) Issues raised: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

VI COACTUS; UNDER CONSTRAINT; UNDER PROTEST; UNDER DURESS; UNDER INTERLOCUTORY APPEAL
# 7002 2030 0006 9991 5199

(x3) Identical Service Copies

I DO NOT CONSENT
I DO NOT UNDERSTAND (x3) Identical Service Copies
I DO NOT VOLUNTEER

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

---

Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(b) If you answered "No," explain why you did not file a third appeal: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☐ No ☒ OTHER

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No ☒ OTHER

If "Yes," provide:
(1) Name of court: Please see "AFFIDAVITS"
(2) Case number: Please see "AFFIDAVITS"
(3) Date of filing: Please see "AFFIDAVITS"
(4) Result: Please see "AFFIDAVITS"
(5) Date of result: Please see "AFFIDAVITS"
(6) Issues raised: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☐ No ☒ OTHER

If "Yes," provide:
(1) Name of court: Please see "AFFIDAVITS"
(2) Case number: Please see "AFFIDAVITS"
(3) Date of filing: Please see "AFFIDAVITS"
(4) Result: Please see "AFFIDAVITS"
(5) Date of result: Please see "AFFIDAVITS"
(6) Issues raised: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

VI COACTUS; UNDER CONSTRAINT; UNDER DURESS;
UNDER PROTEST; UNDER INTERLOCUTORY APPEAL
# 7002 2030 0006 9991 5199

(x3) Identical Service Copies

Page 5 of 10

I DO NOT CONSENT
I DO NOT UNDERSTAND (x3) Identical Service Copies
I DO NOT VOLUNTEER

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

---

    Please see "AFFIDAVITS"
    Please see "AFFIDAVITS"
    Please see "AFFIDAVITS"
    Please see "AFFIDAVITS"

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes    ☐ No    ☒ OTHER

If "Yes," provide:
(a) Date you were taken into immigration custody: Please see "AFFIDAVITS"
(b) Date of the removal or reinstatement order: Please see "AFFIDAVITS"
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No    ☒ OTHER

If "Yes," provide:
(1) Date of filing: Please see "AFFIDAVITS"
(2) Case number: Please see "AFFIDAVITS"
(3) Result: Please see "AFFIDAVITS"
(4) Date of result: Please see "AFFIDAVITS"
(5) Issues raised: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No    ☒ OTHER

If "Yes," provide:
(1) Name of court: Please see "AFFIDAVITS"
(2) Date of filing: Please see "AFFIDAVITS"
(3) Case number: Please see "AFFIDAVITS"

VI COACTUS; UNDER CONSTRAINT; UNDER DURESS; UNDER PROTEST; UNDER INTERLOCUTORY APPEAL # 7002 2030 0006 9991 5199

Page 6 of 10 (x3) Identical Service Copies

I DO NOT CONSENT
I DO NOT UNDERSTAND
I DO NOT VOLUNTEER (x 3) Identical Service Copies

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: Please see "AFFIDAVITS"
(5) Date of result: Please see "AFFIDAVITS"
(6) Issues raised: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes   ☐ No   ☒ OTHER

If "Yes," provide:
(a) Kind of petition, motion, or application: Please see "AFFIDAVITS"
(b) Name of the authority, agency, or court: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
(c) Date of filing: Please see "AFFIDAVITS"
(d) Docket number, case number, or opinion number: Please see "AFFIDAVITS"
(e) Result: Please see "AFFIDAVITS"
(f) Date of result: Please see "AFFIDAVITS"
(g) Issues raised: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

VI COACTUS; UNDER CONSTRAINT; UNDER DURESS;
UNDER PROTEST; UNDER INTERLOCUTORY APPEAL
#7002 2030 0006 9991 5199

Page 7 of 10
(x 3) Identical Service Copies

I DO NOT CONSENT
I DO NOT UNDERSTAND (x3)   Identical Service Copies
I DO NOT VOLUNTEER (x3)

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☐ No  ☒ OTHER

GROUND TWO: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☐ No  ☒ OTHER

GROUND THREE: Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☐ No  ☒ OTHER

VI COACTUS; UNDER CONSTRAINT; UNDER DURESS;
UNDER PROTEST; UNDER INTERLOCUTORY APPEAL
# 7008 2030 0006 9991 5199

Page 8 of 10
(x 3) Identical Service Copies

I DO NOT CONSENT
I DO NOT UNDERSTAND (x3) Identical Service Copies
I DO NOT VOLUNTEER

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No     ☒ OTHER

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

**Request for Relief**

15. State exactly what you want the court to do:
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"
Please see "AFFIDAVITS"

VI COACTUS; UNDER CONSTRAINT;
UNDER DURESS; UNDER PROTEST;
UNDER INTERLOCUTORY APPEAL
#7002 2030 0006 9991 5199

Page 9 of 10 Identical Service Copies (x3)

I DO NOT CONSENT
I DO NOT UNDERSTAND (x3) Identical Service Copies
I DO NOT VOLUNTEER

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

On or about the Nineteenth day of the First month 1438 [on or about G.C.Y. 2018-January, 19]

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: Nineteenth day of the First month 1438 [G.C.Y. 2018-January, 19]

I DO NOT CONSENT
I DO NOT UNDERSTAND
I DO NOT VOLUNTEER
VI COACTUS; UNDER CONSTRAINT; UNDER DURESS
NO CONSENT/I _____ by _____/I DO NOT UNDERSTAND/I DO NOT VOLUNTEER
*Signature of Petitioner*
UNDER PROTEST; UNDER INTERLOCUTORY APPEAL

NO CONSENT/I DO NOT UNDERSTAND/I DO NOT VOLUNTEER
*Signature of Attorney or other authorized person, if any*

VI COACTUS; UNDER CONSTRAINT;
UNDER DURESS; UNDER PROTEST;
UNDER INTERLOCUTORY APPEAL
#7002 2030 0006 9991 5199

In Honor.

Page 10 of 10
(x3) Identical Service Copies

**I DO NOT CONSENT**
**I DO NOT UNDERSTAND** (x3) Identical Service Copies
**I DO NOT VOLUNTEER**

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

## Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. A false statement may lead to prosecution.

   All questions must be answered clearly and concisely in the space on the form. If needed, you may attach additional pages or file a memorandum in support of the petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. Note that some courts have page limitations. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

4. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

5. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

6. **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

7. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

**VI COACTUS; UNDER CONSTRAINT; UNDER DURESS**
**UNDER PROTEST; UNDER INTERLOCUTORY APPEAL**
#7002 2030 0006 9991 5199

*In Honor.*

Page 1 of 10
(x3) Identical Service Copies