# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA OCALA DIVISION

11th Circuit Appeal Number: _____     00527-WTH-PRL

Gullett, Taquan,
   In Propria Persona, Claimant, Affiant.

Claim Number: 5:17-cv-00527-WTH-PRL

v.

Lockett, Charles L.; personal private capacity,
Miller, G.; personal private capacity,
Reiser, Steven; personal private capacity,
Sena, E.; personal private capacity,
Dunn, Geoffrey; personal private capacity,
Kleckner, M.; personal private capacity,
Watson, Kim Lee; personal private capacity,
Haskett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Cassulo, Kim; personal private capacity,
Hernandez, Samuel; personal private capacity,
Hammer, Michael; personal private capacity,
Brown, Larry; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B.; personal private capacity,
Muldrow, W. Stephen; personal private capacity,
Andre, Julian Lucien; personal private capacity,
Ostiller, Cathy; personal private capacity,
Radin, Moriah S.; personal private capacity,
Cowan, Andrew; personal private capacity,
Jauregui, Eddie; personal private capacity,
Chooljian, Jaqueline; personal private capacity,
Barksdale, Patricia D.; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Snyder, Christina A.; personal private capacity,
   Respondent(s).

## NOTICE OF INTERLOCUTORY APPEAL TO ORDER DATED 9th Day of January 2018

7008 2030 0006 9991 5199

In accord with:

- Universal Declaration of Human Rights (1948)

- United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960

- U.N. Declaration on the Rights of Indigenous Peoples (2007)

- Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto

- Madrid Convention for Protection in Morocco (1880) Codified at [18 U.S.C. Chapter 7 § 112]

- Treaty of Peace and Friendship (1787) and
- united states for America Organic Constitution (1787) First Amendment Redress for Grievances

Rome St...

" Habeas Corpus
Natural Equity Claim "
## CONTRACT UNDER SEAL

FILED 2018 JAN 29 AM 11:54 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL OCALA FLORIDA

1 of 3

NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

Notice of Appeal to all party(ies):
C. Lockett, Charles L.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
D. Miller, G.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
E. Reiser, Steven; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
F. Sena, E.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
G. Dunn, Geoffrey; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
H. Kleckner, M.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
I. Watson, Kim Lee; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
J. Haskett, James; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
K. Sheridan, Patrick; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
L. Cassulo, Kim; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
M. Hernandez, Samuel; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
N. Hammer, Michael; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
O. Brown, Larry; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
P. Knox, Penelope; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Q. Corsmeier, Arnold B.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
R. Muldrow, W. Stephen; 801 North Florida Avenue, 2nd Floor, Tampa, Florida 33602
S. Andre, Julian Lucien; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
T. Ostiller, Cathy; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
U. Radin, Moriah S.; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
V. Cowan, Andrew; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
W. Jauregui, Eddie; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
X. Chooljian, Jaqueline; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
Y. Barksdale, Patricia D.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Z. Klindt, James R.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
ZZ. Corrigan, Timothy J.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
ZZZ. Snyder, Christina A.; 350 West First Street, Suite 4311, Los Angeles, California 90012

_Maalik Taquan Rahshe Guillett El, Autochthonous American Moor Alien (Friend)_
Maalik Taquan Rahshe Guillett El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association
Prisoner of War for National Liberation from Colonialism: [P.O.W. #62013-018]
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida 33521-1033

3 of 3