# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
207 NW Second Street
Ocala, Florida 34475
(352) 369-4860

Elizabeth M. Warren
Clerk of Court

Lisa Fannin
Operations Supervisor

**DATE:** January 30, 2018

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**TAQUAN RIOGENT GULLETT,**

 Petitioner,

v.             Case No: 5:17-cv-527-Oc-10PRL

**WARDEN, FCC COLEMAN - USP I**

 Respondent.

**U.S.C.A. Case No.:**  **NEW APPEAL**

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Philip R. Lammens, United States Magistrate Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.

            ELIZABETH M. WARREN, CLERK

            By: s/H. Quick, Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA OCALA DIVISION

11th Circuit Appeal Number: _____  00527-WTH-PRL

Claim Number: 5:17-cv-00527-WTH-PRL

Gullett, Taquan,
In Propria Persona, Claimant, Affiant.

V.

Lockett, Charles L.; personal private capacity,
Miller, G.; personal private capacity,
Reiser, Steven; personal private capacity,
Sena, E.; personal private capacity,
Dunn, Geoffrey; personal private capacity,
Kleckner, M.; personal private capacity,
Watson, Kim Lee; personal private capacity,
Haskett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Cassulo, Kim; personal private capacity,
Hernandez, Samuel; personal private capacity,
Hammer, Michael; personal private capacity,
Brown, Larry; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B.; personal private capacity,
Muldrow, W. Stephen; personal private capacity,
Andre, Julian Lucien; personal private capacity,
Ostiller, Cathy; personal private capacity,
Radin, Moriah S.; personal private capacity,
Cowan, Andrew; personal private capacity,
Jauregui, Eddie; personal private capacity,
Chooljian, Jaqueline; personal private capacity,
Barksdale, Patricia D.; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Snyder, Christina A.; personal private capacity,
Respondent(s).

NOTICE OF INTERLOCUTORY APPEAL TO ORDER DATED 9th Day of January 2018

7002 2030 0006 9991 5199

In accord with:
- Universal Declaration of Human Rights (1948)
- United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960
- U.N. Declaration on the Rights of Indigenous Peoples (2007)
- Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto
- Madrid Convention for Protection in Morocco (1880) Codified at [18 U.S.C. Chapter 7 § 112]
- Treaty of Peace and Friendship (1787) and
- United States for America Organic Constitution (1787) First Amendment Redress for Grievances

Rome St

FILED 2018 JAN 29 AM 11:54 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL OCALA FLORIDA

" Habeas Corpus
Natural Equity Claim
CONTRACT UNDER SEAL "

1 of 3

2

NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

Notice of Appeal to all party(ies):
C. Lockett, Charles L.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
D. Miller, G.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
E. Reiser, Steven; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
F. Sena, E.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
G. Dunn, Geoffrey; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
H. Kleckner, M.; Federal Correctional Complex USP-1, P.O. Box 1023, Coleman, Florida 33521
I. Watson, Kim Lee; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
J. Haskett, James; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
K. Sheridan, Patrick; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
L. Cassulo, Kim; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
M. Hernandez, Samuel; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
N. Hammer, Michael; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
O. Brown, Larry; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
P. Knox, Penelope; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Q. Corsmeier, Arnold B.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
R. Muldrow, W. Stephen; 801 North Florida Avenue, 2nd Floor, Tampa, Florida 33602
S. Andre, Julian Lucien; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
T. Ostiller, Cathy; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
U. Radin, Moriah S.; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
V. Cowan, Andrew; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
W. Jauregui, Eddie; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
X. Chooljion, Jaqueline; 312 North Spring Street, Suite 1200, Los Angeles, California 90012
Y. Barksdale, Patricia D.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Z. Klindt, James R.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
ZZ. Corrigan, Timothy J.; 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
ZZZ. Snyder, Christina A.; 350 West First Street, Suite 4311, Los Angeles, California 90012

_Maalik Taquan Rahshe Guillett El, Autochthonous American Moor Alien (Friend)_
Maalik Taquan Rahshe Guillett El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association
Prisoner of War for National Liberation from Colonialism: [P.O.W. #62013-018]
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP-1, P.O. Box 1033, Coleman, Florida 33521-1033    3

3 of 3

1/30/2018 Case 5:17-cv-00527-WTH-PRL Document 14 Filed 01/30/18 Page 4 of 6 PageID 168
Electronic Case Filing | U.S. District Court - Middle District of Florida

HABEAS, INTAPP

# U.S. District Court
## Middle District of Florida (Ocala)
### CIVIL DOCKET FOR CASE #: 5:17-cv-00527-WTH-PRL

Gullett v. Warden, FCC Coleman - USP I
Assigned to: Senior Judge Wm. Terrell Hodges
Referred to: Magistrate Judge Philip R. Lammens
Cause: 28:2241 Petition for Writ of Habeas Corpus (Federal)

Date Filed: 11/02/2017
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Taquan Riogent Gullett**  represented by  **Taquan Riogent Gullett**
62013-018
COLEMAN USP I
Federal Correctional Institution
Inmate Mail/Parcels
P.O. BOX 1033
Coleman, FL 33521
PRO SE

V.

**Respondent**

**Warden, FCC Coleman - USP I**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2017 | 1 | PETITION for Writ of Habeas Corpus -Federal filed by Taquan Riogent Gullett. (*One service copy provided. Filing fee not paid.*)(MJT) (Entered: 11/03/2017) |
| 11/02/2017 | 2 | MOTION for miscellaneous relief, specifically *to serve respondents* by Taquan Riogent Gullett. (MJT) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 11/03/2017) |
| 11/27/2017 | 3 | AMENDED PETITION titled "Modified Affidavit for Habeas Corpus" by a federal prisoner for writ of habeas corpus filed by Taquan Riogent Gullett. (2 service copies provided)(LMF) (Entered: 11/28/2017) |
| 11/27/2017 | 4 | Renewed MOTION for miscellaneous relief, specifically to serve the respondents by Taquan Riogent Gullett. (LMF) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 11/28/2017) |
| 11/27/2017 |  | Received payment in the amount of $10.00, returned to Petitioner will letter stating the habeas fee is $5.00. (LMF) (Entered: 11/28/2017) |
| 12/18/2017 | 5 | AFFIDAVIT for Habeas Coprus-Interrogatories by Taquan Riogent Gullett. Three service copies provided.(HAQ) Modified on 12/22/2017 (HAQ). (Entered: 12/21/2017) |
| 12/20/2017 |  | FEES paid by Taquan Riogent Gullett (Filing fee $5.00 receipt number Oca-8737) Balance due $0. (HAQ) (Entered: 12/20/2017) |

| | | |
|---|---|---|
| 12/27/2017 | 6 | NOTICE of designation under Local Rule 3.05 - track 1. Signed by Deputy Clerk on 12/27/2017. (Copy mailed to petitioner.) (MLS) (Entered: 12/27/2017) |
| 12/27/2017 | 7 | STANDING ORDER for all confined, pro se litigants. Signed by Magistrate Judge Philip R. Lammens on 12/27/2017. (Attachments: # 1 Attachments) (Copy mailed to petitioner.) (MLS) (Entered: 12/27/2017) |
| 01/02/2018 | 8 | AFFIDAVIT of Information as Letter Rogatory by Taquan Riogent Gullett. (Attachments: # 1 Letter Rogatory)(HAQ) Modified on 1/5/2018 (HAQ). (Entered: 01/04/2018) |
| 01/09/2018 | 9 | ORDER directing Petitioner to complete and file the §2241 habeas corpus form and three identical service copies within TWENTY-ONE (21) DAYS of the date of this Order. The Clerk is directed to send Petitioner a blank §2241 habeas corpus form. Signed by Magistrate Judge Philip R. Lammens on 1/9/2018. (CRR) (Entered: 01/09/2018) |
| 01/12/2018 | 10 | MOTION for entry of clerk's default against Warden, FCC Coleman - USP I by Taquan Riogent Gullett. (HAQ) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 01/12/2018) |
| 01/29/2018 | 11 | Second AMENDED PETITION by a Federal prisoner for writ of habeas corpus filed by Taquan Riogent Gullett. No Service Copies Provided. (HAQ) (Entered: 01/30/2018) |
| 01/29/2018 | 12 | MOTION to Compel Discovery Specifically to Interrogatories Answers and for Summary Judgment by Taquan Riogent Gullett. (HAQ) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 01/30/2018) |
| 01/29/2018 | 13 | NOTICE OF INTERLOCUTORY APPEAL as to 9 Order by Taquan Riogent Gullett. Filing fee not paid. (HAQ) (Entered: 01/30/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/30/2018 10:54:39 | | | |
| PACER Login: | lMfannin:4262979:3956495 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:17-cv-00527-WTH-PRL |
| Billable Pages: | 2 | Cost: | 0.20 |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TAQUAN RIOGENT GULLETT,

    Petitioner,

v.                                               Case No: 5:17-cv-527-Oc-10PRL

WARDEN, FCC COLEMAN - USP I

    Respondent.

## ORDER

Petitioner initiated this action by filing a petition for writ of habeas corpus and an amended petition pursuant to 28 U.S.C. § 2241. (Docs. 1, 3). However, Petitioner failed to use the Court's form. The Court requires prisoners to use the Court's form so that it can more efficiently manage prisoner litigation and determine, among other things, whether the complaint is related to other cases. Identification of related litigation frequently enables the Court to dispose of a successive case without further expenditure of finite judicial resources. Accordingly, the **Clerk** is directed to send Petitioner a blank §2241 habeas corpus form. Within **TWENTY-ONE (21) DAYS** of the date of this Order, Petitioner shall complete and file the §2241 habeas corpus form and three identical service copies. Petitioner is reminded to clearly mark the document "Second Amended Petition." Failure to comply could result in the dismissal of this case without further notice.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 9th day of January 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record

1