# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA OCALA DIVISION

11th Circuit Appeal Number: 18-10360

Claim Number: 5:17-cv-00527-WTH-PRL

Gullett, Taquan,
In Propria Persona, Claimant, Affiant.

v.

Lockett, Charles L.; personal private capacity,
Miller, G.; personal private capacity,
Reiser, Steven; personal private capacity,
Sena, E.; personal private capacity,
Dunn, Geoffrey; personal private capacity,
Kleckner, M.; personal private capacity,
Watson, Kim Lee; personal private capacity,
Hackett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Cassulo, Kim; personal private capacity,
  Hernandez, Samuel; personal private capacity,
Hammer, Michael; personal private capacity,
Brown, Larry; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B.; personal private capacity,
Muldrow, W. Stephen; personal private capacity,
Andre, Julian Lucien; personal private capacity,
Ostiller, Cathy; personal private capacity,
Radin, Moriah S.; personal private capacity,
Cowan, Andrew; personal private capacity,
Jauregui, Eddie; personal private capacity,
Chooljian, Jaqueline; personal private capacity,
Barksdale, Patricia D.; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Snyder, Christina A.; personal private capacity,
  Respondent(s).

## AFFIDAVIT OF MERITS TO APPEAL IN PROPRIA PERSONA (OR IN FORMA PAUPERIS)

7017 0530 0001 1315 2837

In accord with:

- Universal Declaration of Human Rights (1948)

- United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960

- U.N. Declaration on the Rights of Indigenous Peoples (2007)

- Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto

- Madrid Convention for Protection in Morocco (1880) Codified at [18 U.S.C. Chapter 7 § 112]

- Treaty of Peace and Friendship (1787) and
- United States for America Organic Constitution (1787)
  First Amendment Redress for Grievances

Rome Statute

"Habeas Corpus Natural Claim
CONTRACT UNDER SEAL"

2018 FEB 15 AM 10:56
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA
FILED

NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

1. On the record and for the record, present is Taquan Gullett, also called Maalik Rabshe El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court TAQUAN GULLETT ESTATE NOTICE OF TRUST/SYTERIA LAWRENCE ESTATE NOTICE OF TRUST #'s 17-CP-1286/1287; TAQUAN GULLETT ESTATE CAVEAT/ SYTERIA LAWRENCE ESTATE CAVEAT #'s 17-CP-1020/1025; and TAQUAN GULLETT ESTATE Personal Replevin Claim/ SYTERIA LAWRENCE ESTATE Personal Replevin Claim #'s 17-CA-2142/2144 ].

2. Affiant does rise and give honors and recognition to the Holy Qur'an, Holy Koran (7) Circle Seven, Zodiac Constitution AA222141 (A1-Truth), Old Testament, New Testament, Great Law of Peace, Treaty of Peace and Friendship (1787), united states for America Organic Constitution (1787), Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 §112], Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960, United Nations Declaration on the Rights of Indigenous Peoples (2007), Rome Statute, Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto.

3. Affiant does hereby enter a restricted appearance attending by Special Visitation in accord with [Rule E(8)] for corrective action by Affidavit of Merits to Appeal In Propria Persona (or In Forma Pauperis) - Habeas Corpus Natural Equity Claim Contract Under Seal against Respondent(s) in their personal private capacity(cies) in accord with the Universal Declaration of Human Rights (1948) and all annexes thereto, United Nations Declaration on the Rights of Indigenous Peoples (2007), United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960, Geneva Conventions, Hague Conventions, Inter-American Conventions, and all annexes thereto, Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 §112], Treaty of Peace and Friendship (1787), and united states for America Organic Constitution (1787) First Amendment Redress for Grievances.

4. Affiant moves this court for an Order granting In Propria Persona (or In Forma Pauperis) prosecution of this Interlocutory Appeal Number 18-10360 from the Order [of Lammens, Philip R.; personal private capacity] entered on or about the 9th day of January 2018. This Affidavit is in accord with the provisions of [28 U.S.C. §1915; and Fed. R. App. P. 24]. The required Affidavit Accompanying Motion (Affidavit) To Appeal In Propria Persona (or In Forma Pauperis) and 6-Month Certified Institutional Statement of Account are included herewith to the District Court and annexed hereto in full for the 11th Circuit Court of Appeals and show that Affiant is "unable to pay" within the meaning of [28 U.S.C. §1915(a)(1)].

5. Affiant filed Notice of Interlocutory Appeal To Order Dated 9th Day of January 2018, annexed hereto in full, with the District Court and the 11th Circuit Court of Appeals on or about the 29th day of January, 2018. Affiant filed Affidavit of Merits as 2nd Notice of Interlocutory Appeal + Objection To 9th Day of January 2018 Order and as Objection To Clerk's Case Style Misnomer, annexed hereto in full, with the District Court and the 11th Circuit Court of Appeals on or about the 5th day of February, 2018. The aforementioned document(s) show cause by ample reason, merit, weight and preponderance of evidence, and authority, why [A] a §2241 Application does not require the use of the Court's form with three identical service copies; and why [B] the Clerk's Case Style is a total Misnomer as it does not list any of the names of the Real Party(ies) In Interest and the court has failed/neglected to comply with law and correct such error after fair Notice and Opportunity; are all erroneous, unduly burdensome, dilatory, improper, prejudicial, biased, discriminatory, arbitrary, capricious, an abuse of discretion/authority, otherwise not in accordance with International Law, National Law, and Local Law, and an attempt of Denial of Justice and discrimination and deprivation of Affiant's Natural Rights and Human Rights and/or privileges and/or immunities under color of law. The erroneous actions are further compounded by the fact that Respondent(s) are entered into Default and Default Judgment and this action is at Summary Judgment in Affiant's favor, making the erroneous Order dated 9th day of January, 2018, moot [see Affidavit for Entry of Clerk's Default and For Entry of Clerk's Default Judgment FILED January 12, 2018, Docket Entry 10; also see Affidavit To Compel Discovery, Specifically, Interrogatories Answers, and For Summary Judgment FILED January 29, 2018, Docket Entry 12].

6. The errors described above and the reasons, merits, weight and preponderance of evidence, and authorities proffered and preferred in the Affidavit of Merits as 2nd Notice of Interlocutory Appeal + Objection To 9th Day of January 2018 Order and as Objection To Clerk's Case Style Misnomer; Affidavit To Compel Discovery, Specifically, Interrogatories Answers, and For Summary Judgment; Affidavit For Entry of Clerk's Default and For Entry of Clerk's Default Judgment; Affidavit of Information as Letter Rogatory and as Report and Preferral of Charges to Attorney General and All Constitutional Authorities of Record; Letters Rogatory/Letters of Request For Service Upon Respondent(s); Affidavit For Habeas Corpus-Interrogatories (Addendum)(Annex); Modified Affidavit For Habeas Corpus (Addendum)(Annex); and Affidavit For Habeas Corpus; all annexed hereto in full, hereinafter, "Affidavits," do constitute arguable and meritorious assertions of law and are in fact supported by ample authorities, reasons, merits, weight and preponderance of evidence therein; therefore Affiant's factual and lawful assertions are not frivolous [see Free v. United States, 879 F.2d 1535, 1536 (7th Cir. 1989)]. An appeal is not frivolous in accord with the meaning of [28 U.S.C. §1915] when it asserts any contention and/or claim that is conceivably meritorious [see Livingston v. Adirondack Beverage Co., 141 F.3d 434, 437 (2d Cir. 1998)].

7. Whereas, Supersedeas Bond is not required for this action, however, Affiant respectfully offers this Affidavit of Merits To Appeal In Propria Persona (or In Forma Pauperis), Affidavit Accompanying Motion (Affidavit) To Appeal In Propria Persona (or In Forma Pauperis), and the above-mentioned "Affidavits," as security to the United States District Court Middle District of Florida Ocala Division, 11th Circuit Court of Appeals, and the Supreme Court of the United States, in the nature of a Supersedeas Bond. Affiant further respectfully offers that this Interlocutory Appeal Number 18-10360 proceed on original record in accord with [Fed. R. App. P. 24(c)][see Harris v. Forsyth, 742 F.2d 1277, 1278 (11th Cir. 1984)].

In Honor.

## Commercial Verification

I, Taquan Gullett, also called Maalik Rahshe El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, hereinafter, "Affiant," Divine Immortal Spirit in Living Flesh and Blood Natural Man of majority, competent by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity; do hereby declare and affirm under the penalty of perjury under the universal law of Our Most High Divine Source of the Force Universal Father Allah, and under the laws of the United States, that the foregoing is true, correct, certain, complete to the best of my own first-hand personal knowledge, not misleading, admissible as evidence, and in accord with the righteous upright moral integrity of my honorable intent, and if called upon to offer rhetoric and testify as to the veracity of the evidence herein proffered and preferred, I shall so state.

This affidavit is dated on or about the __Eighth__ day of the __Second__ month in the Moorish Calendar Year (M.C.Y.) of Our Most High Divine Source of the Force Universal Father Allah Fourteen Hundred Thirty Eight (1438) [Gregorian Calendar Year (G.C.Y.) 2018 - February, 8 ]

Witness My Hand and Seal:

_Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend_
Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association

Prisoner of War for National Liberation from Colonialism: [P.O.W.#62013-018]
Unlawfully Detained and Falsely Imprisoned at;
Federal Correctional Complex USP 1, P.O. Box 1033, Coleman, Florida [33521-1033]

## Certificate of Service

I, Taquan Gullett, also called Maalik Rahshe El, Autochthonous American Moor Alien (Friend) Republican Universal Government [AAMARU] Religious Consul Association, competent Natural Man of majority, do certify and affirm that on or about the Eighth day of the Second month in the year of Our Lord Father Allah Fourteen Hundred Thirty Eight (1438) [G.C.Y. 2018- February, 8], the following document(s) were mailed by U.S. Postal Mail, First-Class Postage Pre-Paid:

1. Affidavit of Merits To Appeal In Propria Persona (or In Forma Pauperis)- Habeas Corpus Natural Equity Claim Contract Under Seal [6 pages]; and

2. Affidavit Accompanying Motion (Affidavit) To Appeal In Propria Persona (or In Forma Pauperis w/ 6-Month Certified Institutional Statement of Account [to District Court] [10 pages]; and

3. Certificate of Interested Persons and Corporate Disclosure Statement (CIP) [to 11th Cir.] [1 page].

All document(s) are annexed hereto in full and included and mailed to:

A. Clerk of Court, U.S.D.C. Middle Florida Ocala Division
   207 Northwest Second Street, Suite 337, Ocala, Florida 34475-6603

B. David J. Smith, Clerk of Court, Eleventh Circuit Court of Appeals; Attn: Scott O'Neal, D;
   56 Forsyth Street, N.W., Atlanta, Georgia 30303

_Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend)_
Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien (Friend)
Republican Universal Government [AAMARU] Religious Consul Association

Prisoner of War for National Liberation from Colonialism: [P.O.W. #62013-018]
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP1, P.O. Box 1033, Coleman, Florida [33521-1033]

Date: 01/31/2018  
Time: 12:37:26 PM  
Location: COA

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No:** 62013018  **Inmate Name:** GULLETT, TAQUAN RIOGENT  **Available Balance:** $70.03

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 08/21/2017 | 33317233 | Western Union | BUSTER | $50.00 |
| 08/16/2017 | 105 | Sales | | -$47.51 |
| 08/10/2017 | TL0810 | TRUL Withdrawal | | -$2.00 |
| 08/08/2017 | 33317220 | Western Union | BUSTER | $50.00 |

1 of 6

Inmate #: 62013018

Date: 01/31/2018  Location: COA
Time: 07:49:51 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No:** 62013018  **Inmate Name:** GULLETT, TAQUAN RIOGENT  **Available Balance:** $70.03

| Date | Reference # | Transaction Type | Sender Last name | Amount |
| --- | --- | --- | --- | --- |
| 10/06/2017 | 5 | Sales | | -$9.95 |
| 10/04/2017 | 33317277 | Western Union | BUSTER | $100.00 |
| 10/03/2017 | TL1003 | TRUL Withdrawal | | -$2.00 |
| 09/27/2017 | TFN0927 | Phone Withdrawal | | -$7.00 |
| 09/26/2017 | TL0926 | TRUL Withdrawal | | -$2.00 |
| 09/26/2017 | 70142901 | Lockbox - CD | US MARSHALS SER | $32.89 |
| 09/13/2017 | 198 | Sales | | -$34.60 |
| 09/12/2017 | TL0912 | TRUL Withdrawal | | -$2.00 |
| 09/11/2017 | TFN0911 | Phone Withdrawal | | -$7.00 |
| 09/11/2017 | 33317254 | Western Union | BUSTER | $50.00 |
| 09/08/2017 | 139 | Sales | | -$7.84 |
| 09/08/2017 | 138 | Sales | | -$1.96 |

2 of 6

Inmate #: 62013018

Date: 01/31/2018 Location: COA
Time: 09:09:38 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 62013018   Inmate Name: GULLETT, TAQUAN RIOGENT   Available Balance: $70.03

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 11/06/2017 | TL1106 | TRUL Withdrawal | | -$2.00 |
| 11/06/2017 | 1833 | BP 199 Request | | -$5.00 |
| 11/02/2017 | TL1102 | TRUL Withdrawal | | -$2.00 |
| 11/01/2017 | 1657 | BP 199 Request | | -$5.00 |
| 11/01/2017 | 1351 | BP 199 Request - Released | | $5.00 |
| 10/31/2017 | TFN1031 | Phone Withdrawal | | -$4.00 |
| 10/31/2017 | 40 | Sales | | -$9.80 |
| 10/31/2017 | TFN1031 | Phone Withdrawal | | -$2.00 |
| 10/28/2017 | TL1028 | TRUL Withdrawal | | -$2.00 |
| 10/26/2017 | 10 | Sales | | -$9.80 |
| 10/26/2017 | 1351 | BP 199 Request | | -$5.00 |
| 10/20/2017 | TL1020 | TRUL Withdrawal | | -$2.00 |
| 10/18/2017 | TL1018 | TRUL Withdrawal | | -$2.00 |
| 10/17/2017 | 15 | Sales | | -$10.10 |
| 10/12/2017 | 66 | Sales | | -$34.50 |

3 of 6

Inmate #: 62013018

Date: 02/01/2018  
Time: 06:59:34 AM  
Location: COA

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No:** 62013018  **Inmate Name:** GULLETT, TAQUAN RIOGENT  **Available Balance:** $70.03

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 12/07/2017 | 52 | Sales | | -$9.80 |
| 12/04/2017 | TL1204 | TRUL Withdrawal | | -$2.00 |
| 12/04/2017 | 33317338 | Western Union | BUSTER | $100.00 |
| 12/02/2017 | TL1202 | TRUL Withdrawal | | -$2.00 |
| 12/01/2017 | 2541 | Govt Doc Required | | -$5.00 |
| 12/01/2017 | 2541 | BP 199 Request - Released | | $5.00 |
| 11/27/2017 | TL1127 | TRUL Withdrawal | | -$2.00 |
| 11/27/2017 | 40 | Sales | | -$9.80 |
| 11/23/2017 | TL1123 | TRUL Withdrawal | | -$2.00 |
| 11/22/2017 | 157 | Sales | | -$9.80 |
| 11/21/2017 | 2541 | BP 199 Request | | -$5.00 |
| 11/21/2017 | TL1121 | TRUL Withdrawal | | -$2.00 |
| 11/20/2017 | 2201 | BP 199 Request - Released | | $5.00 |
| 11/15/2017 | 1833 | Govt Doc Required | | -$5.00 |
| 11/15/2017 | 1833 | BP 199 Request - Released | | $5.00 |
| 11/14/2017 | 1657 | BP 199 Request - Released | | $5.00 |
| 11/14/2017 | 22 | Sales | | -$34.75 |
| 11/14/2017 | TFN1114 | Phone Withdrawal | | -$4.00 |
| 11/13/2017 | 2201 | BP 199 Request | | -$5.00 |
| 11/13/2017 | TL1113 | TRUL Withdrawal | | -$2.00 |
| 11/11/2017 | TL1111 | TRUL Withdrawal | | -$2.00 |
| 11/10/2017 | 33317314 | Western Union | BUSTER | $50.00 |
| 11/08/2017 | 86 | Sales | | -$9.80 |

4 of 6

Inmate #: 62013018

Date: 02/01/2018  
Time: 07:49:44 AM  
Location: COA

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No:** 62013018  **Inmate Name:** GULLETT, TAQUAN RIOGENT  **Available Balance:** $70.03

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 01/04/2018 | 52 | Sales | | -$9.80 |
| 01/04/2018 | 70149501 | Lockbox - CD | | $5.00 |
| 01/02/2018 | 4085 | BP 199 Request - Released | | $5.00 |
| 12/27/2017 | 83 | Sales | | -$9.80 |
| 12/25/2017 | 4085 | BP 199 Request | | -$5.00 |
| 12/20/2017 | 127 | Sales | | -$12.55 |
| 12/13/2017 | 43 | Sales | | -$34.70 |
| 12/11/2017 | 1538-V | Govt Doc Required | | $5.00 |
| 12/09/2017 | TL1209 | TRUL Withdrawal | | -$2.00 |

5 of 6

Inmate #: 62013018

Date: 02/01/2018  
Time: 09:57:49 AM  
Location: COA

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No:** 62013018  **Inmate Name:** GULLETT, TAQUAN RIOGENT  **Available Balance:** $70.03

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 01/31/2018 | TL0131 | TRUL Withdrawal | | -$2.00 |
| 01/30/2018 | 50 | Sales | | -$19.60 |
| 01/28/2018 | TFN0128 | Phone Withdrawal | | -$2.00 |
| 01/28/2018 | 33318028 | Western Union | GULLETT | $40.00 |
| 01/26/2018 | TFN0126 | Phone Withdrawal | | -$1.00 |
| 01/25/2018 | TFN0125 | Phone Withdrawal | | -$1.00 |
| 01/24/2018 | 32 | Sales | | -$44.60 |
| 01/24/2018 | TL0124 | TRUL Withdrawal | | -$2.00 |
| 01/23/2018 | TFN0123 | Phone Withdrawal | | -$1.00 |
| 01/14/2018 | TFN0114 | Phone Withdrawal | | -$1.00 |
| 01/12/2018 | TL0112 | TRUL Withdrawal | | -$2.00 |
| 01/09/2018 | 115 | Sales | | -$9.80 |
| 01/09/2018 | TFN0109 | Phone Withdrawal | | -$2.00 |
| 01/08/2018 | 33318008 | Western Union | BUSTER | $50.00 |

6 of 6

Inmate #: 62013018