UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA OCALA DIVISION

11th Circuit Appeal Number: 18-10360

Claim Number: 5:17-cv-00527-WTH-PRL

Gullett, Taquan,
In Propria Persona, Claimant, Affiant.

v.

Lockett, Charles L.; personal private capacity,
Cheatham, R.C.; personal private capacity,
Miller, G.; personal private capacity,
Reiser, Steven; personal private capacity,
Sena, E.; personal private capacity,
Dunn, Geoffrey; personal private capacity,
Kleckner, M.; personal private capacity,
Watson, Kim Lee; personal private capacity,
Haskett, James; personal private capacity,
Sheridan, Patrick; personal private capacity,
Cassulo, Kim; personal private capacity,
Hernandez, Samuel; personal private capacity,
Hammer, Michael; personal private capacity,
Brown, Larry; personal private capacity,
Knox, Penelope; personal private capacity,
Corsmeier, Arnold B.; personal private capacity,
Muldrow, W. Stephen; personal private capacity,
Andre, Julian Lucien; personal private capacity,
Ostiller, Cathy; personal private capacity,
Radin, Moriah S.; personal private capacity,
Cowan, Andrew; personal private capacity,
Jauregui, Eddie; personal private capacity,
Choolijian, Jaqueline; personal private capacity,
Barksdale, Patricia D.; personal private capacity,
Klindt, James R.; personal private capacity,
Corrigan, Timothy J.; personal private capacity,
Snyder, Christina A.; personal private capacity,
Respondent(s).

NOTICE OF JOINDER

In accord with:
- Universal Declaration of Human Rights (1948)

- United Nations Declaration of Independence to Colonial Countries and Peoples; General Assembly Resolution 1514 (XV) of 14 December 1960

- U.N. Declaration on the Rights of Indigenous Peoples (2007)

- Madrid Convention for Protection in Morocco (1880) codified at [18 U.S.C. Chapter 7 § 112]

- Geneva Conventions, Hague Evidence Conventions, Inter-American Conventions, and all annexes thereto

- Treaty of Peace and Friendship (1787) and
- United States for America Organic Constitution (1787) First Amendment Redress for Grievances

ROME STATUTE

" Habeas Corpus Natural Equity Claim "
CONTRACT UNDER SEAL

1 of 2

NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

TO ALL PARTY(IES), TAKE NOTICE THAT:

<u>Cheatham, R.C.; personal private capacity,</u>
[Federal Correctional Complex USP1, P.O. Box 1023, Coleman, Florida 33521]

is hereby added to this action as a Respondent(s) by this Joinder.

Witness My Hand and Seal:

Fourteenth day of the Second month 1438
[G.C.Y. 2018 - February, 14]

<u>Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend</u>
Maalik Taquan Rahshe Gullett El, <u>A</u>utochthonous <u>A</u>merican <u>M</u>oor <u>A</u>lien (Friend)
<u>R</u>epublican <u>U</u>niversal <u>G</u>overnment [AAMARU] Religious Consul Association

Political Prisoner of War for National Liberation from Colonialism: [P.O.W. #62013-018]
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Complex USP1, P.O. Box 1033, Coleman, Florida [33521-1033]